NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BRENDAN A. DANIEL,**
*Petitioner,*

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2011-3097

---

Petition for review of the Merit Systems Protection Board in case no. DA0841090711-B-1.

---

## ON MOTION

---

## ORDER

The Office of Personnel Management moves for a 21-day extension of time, until August 5, 2011, to file its informal response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUL 2 1 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Brendan A. Daniel
    Delisa M. Sanchez, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 2 1 2011

JAN HORBALY
CLERK